IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:24-cv-64 |
| v. | |
| FOULKS, BROWN, SHOEMAKER, JACKSON, and SHAPE, | |
| Defendants. | |

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this 42 U.S.C. § 1983 action. By Order dated December 2, 2024, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits. Doc. 6. The Court granted Plaintiff leave to proceed *in forma pauperis* and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement forms which were attached to the Court's Order. Id. The Court emphasized Plaintiff must return these forms within 30 days from the date of the Order to proceed with this action. Id. at 2. The Court made clear if Plaintiff did not timely respond to the Order, "the Court will dismiss Plaintiff's case without prejudice for failure to prosecute and follow this Court's Orders." Id.

On January 7, 2025, Plaintiff provided a copy of his prison trust account statement. Doc. 8. However, Plaintiff did not provide the form for his consent to the collection of fees from his prison trust fund account. Plaintiff was directed to use the forms which the Court attached to

its prior Order. Doc. 6 at 4–6. Because Plaintiff has attempted to comply with the Court's prior Order, it will provide him with another opportunity to submit this form.

The Court **DIRECTS** the Clerk of Court to send Plaintiff a copy of this Order, a copy of the attached form, and the Court's prior Order, doc. 6. Plaintiff shall have **14 days** from the date of this Order to complete and return his consent form to the Court, along with his Amended Complaint. **Should Plaintiff fail to complete and return this form within these 14 days, the Court will presume Plaintiff does not intend to pursue this action and will dismiss this case without prejudice**.

**SO ORDERED**, this 10th day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DELLWAYNE PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOULKS, BROWN, SHOEMAKER,<br>JACKSON, and SHAPE,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 6:24-cv-64 |

**CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT**

　　As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of:

　　(a)　　the average monthly deposits to my account, or

　　(b)　　the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint.  I understand I may not withdraw any monies from my account until this initial payment has been paid.

　　After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account during the preceding month.  Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's Office, United States District Court, until such time as the $350.00 filing fee is paid in full.  In the event that I file a Notice of Appeal, I also give my consent for the appropriate prison officials to similarly collect from my account the applicable appellate court filing fee.

　　By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: _____　　Plaintiff's Signature: _____

　　　　　　　　　　　　　　　　　　　　　Plaintiff's Prison No.: _____