IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:24-cv-64 |
| v. | |
| DEPUTY WARDEN FOULKS, et al., | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Motion to Compel Discovery. Doc. 46. Plaintiff asks the Court to compel Defendants to answer his interrogatories and requests for production of documents. Id. at 1. Plaintiff states that he has "submitted" the interrogatories and written requests but has "not yet received" responses. Id. Defendants filed a Response in opposition. Doc. 47.

The Court requires the parties to first make reasonable, good faith efforts to confer and resolve discovery disputes before filing motions to compel. If conferral is unsuccessful, the movant must then file a statement with the motion to compel certifying they have conferred or attempted to confer with opposing counsel in a good faith effort to resolve the discovery dispute. Doc. 29 at 3 (citing Fed. R. Civ. P. 37; Local R. 26.5). Here, Plaintiff did not include a statement certifying that he has conferred or attempted to confer with opposing counsel in a good faith effort to resolve the dispute. Thus, I **DENY as premature** Plaintiff's Motion to Compel Discovery. Doc. 46. Plaintiff may renew his motion after completing the procedures for

discovery dispute resolution found in the Court's July 21, 2025 Order. Doc. 29.

    **SO ORDERED**, this 19th day of November, 2025.

                                                     BENJAMIN W. CHEESBRO
                                                     UNITED STATES MAGISTRATE JUDGE
                                                     SOUTHERN DISTRICT OF GEORGIA