## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

DELLWAYNE PRICE,

       Plaintiff,

       v.

FOULKS, BROWN, SHOEMAKER,
JACKSON, and SHAPE,

       Defendants.

CIVIL ACTION NO.: 6:24-cv-64

## O R D E R

The Magistrate Judge issued a Report and Recommendation for the Court to deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Doc. 51. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Plaintiff's construed Motion for injunctive relief, doc. 49.

**SO ORDERED**, this _17th_ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA